| | |
|---|---|
| DANA McRAE, State Bar No. 142231<br>County Counsel, County of Santa Cruz<br>JASON M. HEATH, State Bar No. 180501<br>Assistant County Counsel<br>701 Ocean Street, Room 505<br>Santa Cruz, California 95060<br>Telephone: (831) 454-2049<br>Fax: (831) 454-2115<br><br>**Attorney for Defendants County of Santa Cruz,**<br>**Steve Robbins, Gabriela Magana, Jason Nielsen,**<br>**and Shawna Brim** | *IT IS SO ORDERED*<br>*/s/ James Ware*<br>**Judge James Ware** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUE SALLOVITZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROY BLAINE, et al.,<br><br>　　　Defendants. | Case No. C08 04819 JW<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (FRCP 41(a)(1)(ii))** |

**STIPULATION**

Plaintiff Karen Sue Sallovitz hereby dismisses with prejudice this entire action, including all claims therein. The parties are responsible for their own attorney fees and costs resulting from this litigation. The Clerk shall close this file.

Dated: March 4, 2010　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　JAMES ANDRÉ BOLES
　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff Karen Sue Sallovitz**

Dated: March 4, 2010　　　　　　　DANA McRAE, COUNTY COUNSEL

　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　JASON M. HEATH
　　　　　　　　　　　　　　　　　　**Assistant County Counsel**
　　　　　　　　　　　　　　　　　　**Attorneys for Defendants County of Santa,**
　　　　　　　　　　　　　　　　　　**Steve Robbins, Gabriela Magana, Jason**
　　　　　　　　　　　　　　　　　　**Nielsen, and Shawna Brim**